**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**UNITED OPTICAL WORKERS UNION NO. 878, IUE–AFL–CIO.**

No. 17002.

United States Court of Appeals
Eighth Circuit.

March 26, 1962.

Marcel-Mallet-Prevost, Asst. General Counsel, N. L. R. B. and Dominick L.

Manoli, Assoc. General Counsel, N. L. R. B., for petitioner.

Max W. Kramer, St. Louis, Mo., for respondent.

PER CURIAM.

Order of Labor Board of January 31, 1962 enforced on petition for enforcement.